# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### JUDGMENT IN A CIVIL CASE

MARY LOU STIEBLING and
ASTRAEA LTD.,

    Plaintiffs,

v.                               CASE NO: 8:02-cv-1344-T-23EAJ

BURMA TEAK, INC., d/b/a
TEAKDECKING SYSTEMS,

    Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of the defendant on all counts.

July 5, 2005

                                                      SHERYL L. LOESCH, CLERK

                                                      BY _____
                                                            Deputy Clerk